No. 632. JOHN F. KLUMPP ET AL., ETC., PETITIONERS, *v.* C. WESLEY THOMAS.  December 7, 1908.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied.  *Mr. Henry J. Webster* for petitioners. *The Attorney General* and *The Solicitor General* for respondent.

---

No. 454. GEORGE CLOUGH, PETITIONER, *v.* GRAND TRUNK WESTERN RAILWAY COMPANY.  December 14, 1908.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied.  *Mr. H. H. Hatch* for petitioner.  *Mr. Harrison Geer* for respondent.

---

No. 628. THE UNITED STATES, PETITIONER, *v.* THE STANDARD OIL COMPANY, A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF INDIANA.  January 4, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied.  *The Attorney General, The Solicitor General, Mr. Frank B. Kellogg, Mr. E. W. Sims* and *Mr. James H. Wilkerson* for petitioner.  *Mr. John S. Miller, Mr. Moritz Rosenthal* and *Mr. Alfred D. Eddy* for respondent.